ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF Hawaii
_____ DIVISION
(Write the District and Division, if any, of
the court in which the complaint is filed.)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 4 2023

at 2 o'clock and 30 min. P M
CLERK, U.S. DISTRICT COURT
CC: Soml Fllon

Eliza-Mahealani
Nahinu

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

State of Hawaii

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

Complaint for a Civil Case

Case No. CV23 00148 SOM WRP
(to be filled in by the Clerk's Office)

Jury Trial:    ☐ Yes    ☐ No
(check one)

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name                Eliza-Mahealani Nahinu
Street Address      41-859 Kalanianaole Highway Suite 683
City and County     Waimanalo, O'ahu
State and Zip Code  Hawaii [HI 96795-5028 US]
Telephone Number    808.902-4683
E-mail Address      elizanahinu@gmail.com

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1
Name                     Courtney Naso
Job or Title             Acting Judge
(if known)
Street Address           4675 Kapolei Parkway
City and County          Kapolei, HI. 96707-3272
State and Zip Code
Telephone Number         808. 954-8000
E-mail Address
(if known)

Defendant No. 2
Name                     Catherine Remigio
Job or Title             Acting Judge
(if known)
Street Address           777 Punchbowl st.
City and County          Honolulu 'o'ahu.

2

State and Zip Code   Hi, 96813-5093
Telephone Number   808. 537-4767
E-mail Address
(if known)

Defendant No. 3

Name   Denise Kawatachi
Job or Title   Acting Juage
(if known)
Street Address   45-939 Po'okela St.
City and County   Kaneohe, Oahu
State and Zip Code   Hi, 96744
Telephone Number   808. 534-6200
E-mail Address
(if known)

Defendant No. 4

Name   Waltjer Kelden
Job or Title   Prosecuting Attorney B.A
(if known)
Street Address   74.5451 Kamaka'eha Ave
City and County   Kailua-Kona, Hawaii
State and Zip Code   Hi, 96740
Telephone Number   808. 961-7440
E-mail Address
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship

## Defendant(s) Continued

Defendant No. 5
   Derek Peterson
   DPA
   45-939 Po'okela St.
   Kaneohe, 'Oahu
   H. 96744
   808· 534·6200

Defendant No. 6
   SOHCR3 State of Hawaii 3rd Circuit Prosecutor
   PROSecutor
   74-5451 Kamaka'eha Ave
   Kailua-Kona, Hawaii
   H. 96740
   808· 961-7440

Defendant No. 7
   Harvey, J
   Police Officer : 3010008756
   74-5451 Kamaka'eha Ave
   Kailua-Kona, Hawaii
   H. 96740
   808· 961·7440

Defendant No. 8
   SOHCR3KDC
   Hawaii Prosecuting Attorney
   74-5451 Kamaka'eha Ave
   Kailua-Kona, Hawaii
   H. 96740
   808· 96740

Defendant No. 9
David Williams
DAG
777 Punchbowl Ave
Honolulu, Oahu
Hi, 96813-4767
808.539.4767

Defendant No. 10
Melissa Lam
Public Defender
777 Punch Bowl Ave
Honolulu, Oahu
Hi, 96813-4767
808.351.5210

Defendant No 11
~~Tracey Zhang~~
Tracey Zhang
DHS / CPS / CWS / SOH
420 Waiakamilo Rd #300B
Honolulu, Oahu
Hi. 96817
808.832.5300

Defendant No. 12
Ronald Tonga
Defendant's Attorney (Shiloh Carasso)
169 S Kukui St.
Honolulu, Oahu
Hi. 96913
808.526-1969

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 42 U.S.C. § 2000aa-6 - U.S. Code Title 42. Public Health & welfare § 2000aa-6, civil actions by aggrieved persons. 42 U.S.C § 2000aa-6 Title 42(a)(1)(2)(c)(e)(f)(g)(h) Title 42 ch. 21 (A)(D)(E) ch. 43 see Attached

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Eliza-Mahealani Nahinu is a citizen of ~~the~~ State of *(name)* Republic THE Hawaiian Nation in Hawaii

b.    If the plaintiff is a corporation

The plaintiff, *(name)* Eliza-M. Nahinu c/o is incorporated, Er under the laws of the State of *(name)* Hawaii Nation and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s) SOH) State of Hawaii

a.    If the defendant is an individual

The defendant, *(name)* SEE ATTACHMENT, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* State of Hawaii, is
incorporated under the laws of the State of *(name)*
Hawaii_____, and has its principal place of
business in the State of *(name)* Hawaii_____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)* SEE ADDITIONAL PAGE

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

DURESS, VIOLATION OF MY INALIENABLE RIGHTS AS A
WOMAN, Harrassment of Government entities. Being Forced
into signing agreements I did not want to sign. the
FORCE of Government entities taking my Home, my livelihood,

III.    Statement of Claim    and my family from me! see attatchment.

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

SEE ATTATCHED PAGE

5

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTATCHED PAGE

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3.21.23 20__.

Signature of Plaintiff _____

Printed Name of Plaintiff _____ Eliza M Nahinu _____
UCC 1-308 ALL RIGHTS RESERVED w/PREJUDICE

B.    **For Attorneys**

Date of signing: _____, 20__.

6

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

To the Supreme Court Justice,

I Eliza-Mahealani Nahinu request the filing fee's be waived. I am unable to make the the payment of the filing fees for Lack of work/income. I ask for your grace. Thank You,

Eliza Mahealani Nahinu
UCC 1-308 ALL RIGHTS Reserved.

7